**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRYAN DAVIS & ETHAN SAM, directly on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MANAGEMENT & RESEARCH COMPANY LLC, ABIGAIL P. JOHNSON, JENNIFER TOOLIN MCAULIFFE, CHRISTINE J. THOMPSON, ELIZABETH S. ACTON, LAURA M. BISHOP, ANN E. DUNWOODY, ROBERT GARTLAND, ROBERT W. HELM, MICHAEL E. KENNEALLY, MARK A. MURRAY, CAROL J. ZIERHOFFER, JOHN ENGLER, ARTHUR E. JOHNSON, MARIE L. KNOWLES, LAURA M. DEL PRATO, JOHN J. BURKE III, CHRISTOPHER M. GOUVEIA, AND KENNETH B. ROBINS,<br><br>Defendants. | Civil Action No. 24 CIV. 8142 |

**NOTICE OF PLAINTIFFS' MOTION FOR LEAVE TO AMEND THE CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that Plaintiffs Bryan Davis and Ethan Sam, on behalf of themselves and all others similarly situated (collectively, the "Class Shareholders"), respectfully move for leave to file an amended class action complaint under Federal Rule of Civil Procedure 15(a)(2). This motion is supported by Plaintiffs' accompanying memorandum of law, the declaration of Halley Josephs, the exhibits attached thereto, and any other written or oral argument as may be requested or permitted by the Court.

Dated: April 24, 2026

Respectfully submitted,

*/s/ Shawn J. Rabin*
Shawn J. Rabin

Ari Ruben
Lisa X. Jing
SUSMAN GODFREY LLP
One Manhattan West, 50th Floor
New York, NY 10001
Telephone: (212) 336-8330
srabin@susmangodfrey.com
aruben@susmangodfrey.com
ljing@susmangodfrey.com

Halley Josephs
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-6029
Telephone: 310-789-3100
hjosephs@susmangodfrey.com

*Attorneys for Plaintiffs*

GRANTED. On consideration of the arguments in the parties' briefing, Plaintiffs' motion for leave to file an amended class action complaint (Dkt. No. 41) is GRANTED, because the proposed amendments address the deficiencies identified by the Court in its Opinion granting the prior motion to dismiss. Plaintiffs are hereby ORDERED to file the complaint as the operative pleading on or before **August 28, 2026**. Defendants' deadline to answer, move against, or otherwise respond to the amended complaint shall be **September 18, 2026.** The Clerk of Court is respectfully directed to terminate Dkt. No. 41.

SO ORDERED. Dated August 24, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE